# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:08 CR 51** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RAYMOND A. WILLIAMS, II,** | ) | **ORDER ACCEPTING PLEA** |
| | ) | **AGREEMENT AND JUDGMENT** |
| | ) | |
| **DEFENDANT.** | ) | |

On April 17, 2008, United States Magistrate Judge Kenneth S. McHargh issued a Report and Recommendation (Dkt. # 14) regarding the plea hearing of Raymond A. Williams, II, which was referred to the Magistrate Judge with the consent of the parties.

On January 30, 2008, the Government filed an indictment against Williams. (Dkt. # 1). On April 14, 2008, the Magistrate Judge held a hearing in which the Defendant entered a guilty plea to Count 1 of the indictment, theft of mail by a postal employee, in violation of 18 U.S.C. § 1709. The Magistrate Judge received the Defendant's guilty plea and issued a Report and Recommendation ("R&R"), recommending that this Court accept the plea and enter a finding of guilty (Dkt. # 14).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

H:\8-51.Williams.AdoptRR.wpd

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's guilty plea is approved.

Therefore, the Defendant is adjudged guilty of Count 1. The sentencing will be held on July 17, 2008 at 10:00 a.m.

**IT IS SO ORDERED.**

                                                   **/s Peter C. Economus – July 16, 2008**
                                                   **PETER C. ECONOMUS**
                                                   **UNITED STATES DISTRICT JUDGE**